IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MIDFIRST BANK,**

      Plaintiff,

V.                                  CASE NO. C2-07-1100
                                   JUDGE EDMUND A. SARGUS, JR.
                                   MAGISTRATE JUDGE TERENCE P. KEMP

**MICHAEL K. COEN, et al.,**

      Defendants.

### ORDER

      The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

      **IT IS SO ORDERED.**

10-23-2007
DATE

                                                  EDMUND A. SARGUS, JR.
                                                  UNITED STATES DISTRICT JUDGE