IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MIDFIRST BANK,

        Plaintiff,

V.                              CASE NO. C2-07-1100
                                 JUDGE EDMUND A. SARGUS, JR.
                                 MAGISTRATE JUDGE TERENCE P. KEMP

MICHAEL K. COEN, et al.,

        Defendants.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

10-13-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE